

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Linda Marie Dunston<br>aka Linda Marie Kelly, Defendant. | Case No.: CR04-00112-JFW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___C.D Cal.___ for alleged violation(s) of the terms and conditions of h~~is~~/her [pro~~bat~~ion] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓) The defendant has not met h~~is~~/her burden of establishing by clear and convincing evidence that h~~e~~/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence by A; evidence of flight from E.D. to___

1  _avoid sentencing_
2
3
4  and/~~or~~
5  B.  (✓) The defendant has not met ~~his~~/her burden of establishing by
6  clear and convincing evidence that ~~he~~/she is not likely to pose
7  a danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is based
9  on: _no evidence by Δ; evidence of crimes committed_
10  _while on release_
11
12
13
14  IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: _12/19/08_
18
19  _____
20  RALPH ZAREFSKY
     UNITES STATES MAGISTRATE JUDGE